

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

December 20, 2007

**By Hand Delivery**
The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: **Carmen Barrato v. United States**
            **07 Civ. 8584 (NRB), 04 Cr. 204 (NRB)**

Dear Judge Buchwald:

      The Government respectfully requests an extension of time to respond to the above-referenced petition filed by Carmen Barrato under 28 U.S.C. § 2255. On November 15, 2007, the Court ordered the Government to respond to the petition by January 4, 2008. I have just recently received the case files, which were in storage at an off-site location. In addition, the pro se petition is somewhat difficult to parse, and the Government is attempting to construe the petitioner's arguments in the light most favorable to her and to respond appropriately. The Government therefore respectfully requests an extension of time, until February 4, 2008, to enable the Government to complete its search for any additional relevant documents, to review the necessary materials, and finalize its response to the petition.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney
                            Southern District of New York

By: _____
     E. Danya Perry
     Assistant United States Attorney
     (212) 637-2434

cc:    Carmen Barrato, pro se (by mail)

*So Ordered. [signature] 12/27/07*