```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CARMEN BARRATO,

                    Petitioner,            O R D E R

          - against -                      07 Civ. 8584 (NRB)
                                           04 CR 204 (NRB)
UNITED STATES OF AMERICA,

                    Respondent.
-----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** Carmen Barrato filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 on October 3, 2007; and

**WHEREAS** the government filed an opposition to the petition on February 4, 2008; and

**WHEREAS** this Court has received a letter from the Bureau of Prisons indicating that Barrato passed away on March 20, 2008 at John Peter Smith Hospital in Fort Worth, Texas; it is hereby

**ORDERED** that Barrato's petition for a writ of habeas corpus is dismissed as moot, see McCann v. Ross, 396 U.S. 118 (1969), and it is further

**ORDERED** that the Clerk of the Court close the case.

Dated:    New York, New York
          April 3, 2008

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE